UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -v-

LORENZO BAUTISTA
                                Defendant(s).

------------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

      -cr-   (   )

Defendant  Lorenzo Bautista  hereby voluntarily consents to participate in the following proceeding via ~~video~~ tele/OTA conferencing:

__X__   Initial Appearance/Appointment of Counsel

____   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____   Preliminary Hearing on Felony Complaint

____   Bail/Revocation/Detention Hearing

____   Status and/or Scheduling Conference

____   Felony Plea/Trial/Sentence

  S/ Lorenzo Bautista/otw                                   /s/ Irving Cohen
_____          _____
Defendant's Signature                                            Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

 Lorenzo Bautista                                                  Irving Cohen
_____                                           _____
Print Defendant's Name                                        Print Defense Counsel's Name

This proceeding was conducted by reliable telephone conferencing technology and the dial-in information for the call was publicly available and provided to the press.

January 12, 2021                                                  _____
Date                                                                       U.S. Magistrate Judge – ONA T. WANG